# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Evan Bauer,                                          :
                  Appellant              :
                                 :

             v.                                      :          No. 412 C.D. 2022
                                 :

Commonwealth of Pennsylvania,                         :
Department of Transportation,                         :
Bureau of Driver Licensing                            :

**PER CURIAM**                          **O R D E R**


       NOW, November 20, 2023, having considered Appellant's application

for reargument, the application is DENIED.